UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-6615-AHM (RZx) | Date | February 5, 2013 |
|---|---|---|---|
| Title | DULCE GARCIA v. PLAYTEX PRODUCTS LLC | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court is returning this case "to the wheel" for reassignment. *See* Minute Order (Dkt. 428) in *Munchkin, Inc. v. Playtex Products, LLC et al* (CV11-0503).

                                                                                                      :
                                                              Initials of Preparer        SMO