BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ELAINE A. RYAN (*To be admitted Pro Hac Vice*)
PATRICIA N. SYVERSON (203111)
LINDSEY M. GOMEZ-GRAY (*To be admitted Pro Hac Vice*)
2325 E. Camelback Road, #300
Phoenix, AZ  85016
eryan@bffb.com
psyverson@bffb.com
lgomez-gray@bffb.com
Telephone:  (602) 274-1100

STEWART M. WELTMAN LLC
STEWART WELTMAN (*To be admitted Pro Hac Vice*)
53 W. Jackson Suite 364
Chicago, IL 6060
sweltman@weltmanlawfirm.com
Telephone:  312-588-5033
(Of Counsel Levin, Fishbein, Sedran & Berman)

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DULCE GARCIA and YARITZA VIZCARRA, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> PLAYTEX PRODUCTS, LLC, a Delaware Limited Liability Company, <br><br> Defendant. | Case No.: 2:12-cv-06615-ODW-RZ <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (41)(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure, Rules 41(a)(1)(A)(i) and 23(e), Plaintiffs Dulce Garcia and Yaritza Vizcarra voluntarily dismiss their claims against Defendant Playtex Products, LLC in the above-captioned action. Defendant has not yet served either an answer to Plaintiffs' Class Action Complaint or a motion for summary judgment.  Plaintiffs' dismissal is without prejudice pursuant to Rule 41(a)(1)(B).

1

DATED:  February 28, 2013

BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.

2

3

By: _s/ Patricia Syverson_

4

Elaine A. Ryan
Patricia N. Syverson (203111)
Lindsey M. Gomez-Gray
2325 E. Camelback Road, Ste. 300
Phoenix, AZ 85016
eryan@bffb.com
psyverson@bffb.com
lgomez-gray@bffb.com
Telephone:      (602) 274-1100

5

6

7

8

9

STEWART M. WELTMAN LLC
Stewart M. Weltman
53 W. Jackson Suite 364
Chicago, IL 6060
sweltman@weltmanlawfirm.com
Telephone: 312-588-5033
(Of Counsel Levin, Fishbein, Sedran &
Berman)

10

11

12

13

Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 28, 2013.

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC

By:   *s/Patricia N. Syverson*
Patricia N. Syverson (203111)
2325 E. Camelback Road, Ste. 300
Phoenix, AZ 85016
psyverson@bffb.com
Telephone:  (602) 274-1100

-3-